Arnoldo Afa TRITZANT, Appellant,

v.

KANSAS CITY POWER & LIGHT COMPANY, Respondent.

No. WD 68308.

Missouri Court of Appeals, Western District.

Sept. 16, 2008.

Henri J. Watson, Esq., and Joseph P. Masterson, Esq., Kansas City, MO, for appellant.

Kara M. Drossom, Esq., Kansas City, MO, for respondent.

Before Div. III: ELLIS, P.J., HARDWICK and DANDURAND, JJ.

## ORDER

PER CURIAM.

Arnoldo Tritzant appeals the denial of his motion for new trial, following a defense verdict on false arrest and malicious prosecution claims he filed against Kansas City Power & Light Company. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment. **Rule 84.16(b).**